(No. 14078.—Judgment affirmed.)

THE PEOPLE OF THE STATE OF ILLINOIS, Defendant in Error, *vs.* FRANK KRUEGER, Plaintiff in Error.

*Opinion filed June 22, 1921.*

CRIMINAL LAW—*Parole act is not unconstitutional.* The Parole act of 1917, in providing for an indeterminate sentence, does not violate section 1 of the fourteenth amendment of the constitution of the United States. (*People* v. *Doras,* 290 Ill. 188, and *People* v. *O'Donnell,* 291 id. 178, followed.)

WRIT OF ERROR to the Circuit Court of DeKalb county; the Hon. MAZZINI SLUSSER, Judge, presiding.

LESTER E. WILLIAMS, for plaintiff in error.

EDWARD J. BRUNDAGE, Attorney General, CASSIUS POUST, State's Attorney, and SUMNER S. ANDERSON, (L. F. MODDRY, of counsel,) for the People.

Per CURIAM: Plaintiff in error, Frank Krueger, and others, were indicted for burglary and larceny in the circuit court of DeKalb county and on a trial before a jury they were found guilty, and plaintiff in error, Krueger, was sentenced to the penitentiary for an indeterminate period of time under the Parole act approved June 21, 1917, and has sued out this writ of error for a review of that judgment.

The sole contention of the plaintiff in error is that the Parole act, in so far as it provides for an indeterminate sentence, is in violation of section 1 of the fourteenth amendment of the constitution of the United States. This court has decided otherwise in *People* v. *Doras,* 290 Ill. 188, and *People* v. *O'Donnell,* 291 id. 178.

The judgment of the circuit court of DeKalb county will be affirmed.                              *Judgment affirmed.*